EXHIBIT A

## INDEX OF MATTERS BEING FILED

A.    Index of Matters Being Filed

B.    List of all counsel of record, including their addresses, telephone numbers and parties represented.

C.    A true and correct copy of the docket sheet.

D.    A true and correct copy of all executed process, pleadings asserting causes of action, and orders signed by the state judge filed in the court from which removal is sought:

        1.    Plaintiffs' Original Petition;

        2.    Defendant's Original Answer;

        3.    Citations and Return of Service.